

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| MARK S. HOGG, LLC, | § | No. 08-20-00199-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| BLACKBEARD OPERATING, LLC, | § | of Winkler County, Texas |
| Appellee. | § | (TC# DC19-17592) |
| | § | |

# **O R D E R**

The Court GRANTS Appellant's Unopposed Motion to Vacate the Order on Mediation. Therefore, the Order on mediation is vacated. This Court ORDERS this appeal to continue, thus, the appellate timetable suspension is lifted and the Clerk's Record shall be filed in this Court on or before December 24, 2020.

IT IS SO ORDERED this 24th day of November 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.